Charles U. Wing, Appellant, v. The Ansonia Clock Company, Respondent, Impleaded,

etc. — Order sustaining demurrer to complaint and judgment thereon affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., dissenting.